SCWC-14-0001090

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

KEAKA MARTIN, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001090; 3PC131000062)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Defendant-Appellant Keaka Martin's motion for reconsideration, filed May 14, 2020, and the record and files herein,

IT IS HEREBY ORDERED, that the motion is denied.

DATED: Honolulu, Hawaiʻi, May 19, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

